UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| YOLANDA DENISE LOWE, ) | |
| ) | CASE NO. 16-54437-JRS |
| Debtor. ) | |
| ) | JUDGE JAMES R. SACCA |
| _____) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

COMES NOW, Daniel E. Melchi of Lueder, Larkin & Hunter, LLC and files this *Notice of Appearance and Request for Notices* on behalf of **HOA Capital Advisors, LLC, Assignee of Mainstreet Community Services Association, Inc.** ("Creditor"), a creditor in this bankruptcy case. All future notices, correspondence, pleadings, and other documents should be sent to the following address:

> HOA Capital Advisors, LLC, Assignee of Mainstreet Community Services Association, Inc.
> c/o Lueder, Larkin & Hunter, LLC
> 5900 Windward Parkway, Suite 390
> Alpharetta, Georgia 30005

Creditor requests that any and all mailings and notices discontinue to be sent by any party to any address for the above-named creditor that does not match the address listed above.

Respectfully submitted, this 26th day of April, 2016.

                LUEDER, LARKIN & HUNTER, LLC

          By:  /s/ Daniel E. Melchi_____
             Daniel E. Melchi
             Georgia Bar No. 501187
             Attorney for the Creditor

5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T: (770) 685-7000
F: (770) 685-7002
E: dmelchi@luederlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 13 |
| YOLANDA DENISE LOWE, ) | |
| ) | CASE NO. 16-54437-JRS |
| Debtor. ) | |
| ) | JUDGE JAMES R. SACCA |
| _____) | |

## CERTIFICATE OF SERVICE

This is to certify that, on this day, the person(s) listed below was/were served a copy of the within and foregoing *Notice of Appearance and Request for Notices* by the depositing of a copy of the same in the United States mail, with adequate postage affixed thereon, and addressed as follows:

Yolanda Denise Lowe
P.O. Box 842
Stone Mountain, GA  30086

Respectfully submitted, this 26th day of April, 2016.

                                            LUEDER, LARKIN & HUNTER, LLC

                                 By:    /s/ Daniel E. Melchi
                                                  Daniel E. Melchi
                                                  Georgia Bar No. 501187
                                                  Attorney for the Creditor

5900 Windward Parkway, Suite 390
Alpharetta, Georgia 30005
T:  (770) 685-7000
F:  (770) 685-7002
E:  dmelchi@luederlaw.com